IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER BLOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HZ OPS HOLDINGS, INC.; HZ PROPS RE, LTD. and DOES 1-10,<br><br>Defendants. | Civil Action No. 1:19-cv-06461 |

## STIPULATION FOR DISMISSAL

Plaintiff, CHRISTOPHER BLOCK and Defendants HZ OPS HOLDINGS, INC.; HZ PROPS RE, LTD., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: August 9, 2021

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | JOHNSON & BELL, LTD. |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>ben@nshmlaw.com<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243<br>Phone: (412) 857-5350 | By: _/s/ Garrett L. Boehm, Jr._<br>Garrett L. Boehm, Jr.<br>boehmg@jbltd.com<br>33 West Monroe Street, Ste 2700<br>Chicago, IL 60603<br>Phone: (312) 372-0770 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 9th day of August, 2021.

                                                      */s/ Benjamin J. Sweet*
                                                      Benjamin J. Sweet