# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Christopher Block

                                          Plaintiff,

v.                                                                                 Case No.: 1:19–cv–06461

                                                                                 Honorable Charles R. Norgle Sr.

Dhanani Group of Companies, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

      MINUTE entry before the Honorable Charles R. Norgle:Case dismissed with prejudice, as between all parties. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action [45]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.